JOHN M. SORICH (CA Bar No. 125223)
john.sorich@piblaw.com
RAFAEL GARCIA-SALGADO (CA Bar No. 283230)
rafael.garcia@piblaw.com
PARKER IBRAHIM & BERG LLC
695 Town Center Drive, 16th Floor
Costa Mesa, California 92626
Tel: (714) 361-9550
Fax: (714) 784-4190

Attorneys for Defendant
JPMORGAN CHASE BANK, N.A.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO DIVISION

| | |
|---|---|
| BETTINA L. FARREN; STEVE FARREN, individuals,<br><br>Plaintiffs,<br><br>v.<br><br>SELECT PORTFOLIO SERVICING, INC.; US BANK AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY6; JPMORGAN CHASE BANK, N.A.; QUALITY LOAN SERVICE CORPORATION; and DOES 1-50, inclusive,<br><br>Defendants. | Case No: 2:16-cv-01077-JAM-EFB<br><br>**JUDGE:** Hon. John A. Mendez<br><br>**ORDER GRANTING THE JOINT STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>**ACTION FILED:** April 12, 2016<br><br>**REMOVED:** May 19, 2016 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The Court, having reviewed the joint stipulation ("Stipulation") filed by plaintiffs Bettina L. Farren and Steve Farren ("Plaintiff") and defendants JPMorgan

Chase Bank, N.A. ("Chase"), Select Portfolio Servicing, Inc. ("SPS"), and U.S. Bank, as Trustee on Behalf of the Holders of the WAMU Mortgage-Pass Through Certificates, Series 2007-HY6 ("U.S. Bank") (collectively known as "Defendants," and with Plaintiff, collectively known as the "Parties"), by and through their counsel of record, and good cause appearing thereto,

**HEREBY ORDERS THAT:**

1. The deadline for Defendants to file a responsive pleading shall be extended to July 1, 2016;

2. All related deadlines shall also be continued accordingly.

**IT IS SO ORDERED.**

DATE: 5/26/2016

/S/ JOHN A. MENDEZ_____
Hon. John A. Mendez
United States District Court Judge