1  THOMAS A. WOODS (SB #210050)
   thomas.woods@stoel.com
2  BRYAN L. HAWKINS (SB #238346)
   bryan.hawkins@stoel.com
3  STOEL RIVES LLP
   500 Capitol Mall, Suite 1600
4  Sacramento, CA  95814
   Telephone:  (916) 447-0700
5  Facsimile:  (916) 447-4781

6  Attorneys for Defendants
   SELECT PORTFOLIO SERVICING, INC. and U.S.
7  BANK, as TRUSTEE ON BEHALF OF THE
   HOLDERS OF THE WAMU MORTGAGE-PASS
8  THROUGH CERTIFICATES, SERIES 2007-HY6

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| BETTINA L. FARREN; STEVE FARREN,<br><br>    Plaintiffs,<br><br>    v.<br><br>SELECT PORTFOLIO SERVICING, INC.;<br>US BANK AS TRUSTEE ON BEHALF OF<br>THE HOLDERS OF THE WAMU<br>MORTGAGE PASS-THROUGH<br>CERTIFICATES, SERIES 2007-HY6;<br>JPMORGAN CHASE BANK, N.A.;<br>QUALITY LOAN SERVICE<br>CORPORATION; and Does 1 through 50,<br>inclusive,<br><br>    Defendants. | CASE NO. 2:16-cv-01077-JAM-DB<br><br>**ORDER GRANTING STIPULATED REQUEST TO EXTEND DEFENDANTS SELECT PORTFOLIO SERVICING, INC. AND US BANK AS TRUSTEE ON BEHALF OF THE HOLDERS OF THE WAMU MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-HY6'S DEADLINE TO RESPOND TO PLAINTIFFS' SECOND AMENDED COMPLAINT** |
|---|---|

## ORDER

This matter comes before the Court on the Parties' stipulated request to extend Defendants Select Portfolio Servicing, Inc. and U.S. Bank, as Trustee on Behalf of the Holders of the WAMU Mortgage-Pass Through Certificates, Series 2007-HY6's (collectively "Defendants") deadline to respond to Plaintiffs Bettina L. Farren and Steve Farren's Second Amended Complaint.  After considering the parties' stipulated request, the Court GRANTS the stipulated request.

Defendants' deadline to respond to Plaintiffs' Second Amended Complaint is continued to January 6, 2017.

IT IS SO ORDERED.


DATED:   12/27/2016                              /s/ John A. Mendez_____

                                                JOHN A. MENDEZ
                                                UNITED STATES DISTRICT COURT
                                                JUDGE